UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: EDCV 18-01168 DSF (RAO)　　　　　　Date: April 3, 2019
Title: Williams Rodriguez v. A. Rodriguez et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On February 8, 2019, the Court granted the parties' joint stipulation to continue discovery cutoff and other dates, including the date for filing status reports. Dkt. No. 30. Pursuant to the Court's February 8, 2019 order, each party's status report was due on March 11, 2019.

On March 11, 2019, Defendants filed their status report with the Court. Dkt. No. 32. Plaintiff did not file his status report.

Plaintiff is hereby ordered to show cause, in writing, on or before **April 24, 2019**, why his action should not be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing a status report on or before April 24, 2019.

**Plaintiff is warned that failure to timely respond to this Order will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders.**

**IT IS SO ORDERED.**

Initials of Preparer　dl