# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>A. RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. EDCV 18-01168 DSF (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED without prejudice.

DATED: May 29, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE