UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS RODRIGUEZ,<br>Plaintiff,<br>v.<br>A. RODRIGUEZ, et al.,<br>Defendants. | Case No. EDCV 18-01168 DSF (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED without prejudice, and this action is dismissed.

DATED: May 29, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE